**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1290**

───────────

LUIS ARNOLD SANCHEZ LOPEZ,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted: July 3, 2024                    Decided: July 18, 2024

───────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:** Mark J. Devine, Charleston, South Carolina, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Jennifer R. Khouri, Senior Litigation Counsel, Brandon T. Callahan, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Arnold Sanchez Lopez, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of Sanchez Lopez's application for cancellation of removal. Sanchez Lopez challenges the agency's conclusion that he did not qualify for relief because he failed to demonstrate that his removal would result in exceptional and extremely unusual hardship to his United States citizen child. *See* 8 U.S.C. § 1229b(b)(1)(D). After reviewing the record, we are satisfied that the agency considered all the evidence, both individually and cumulatively, and properly concluded that the hardship described "is not so far beyond the hardship inherent in the removal of a parent as to be exceptional and extremely unusual." *Cortes v. Garland*, __ F.4th __, __, No. 22-1930, 2024 WL 3015424, at *6 (4th Cir. June 17, 2024). Accordingly, we deny the petition for review. *In re Sanchez Lopez* (B.I.A. Feb. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*